UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

AMERICAN NATIONAL PROPERTY          )
AND CASUALTY COMPANY                )
                                    )
v.                                  )        NO. 3:09-1074
                                    )        JUDGE ECHOLS
BRIAN CHRISTOPHER PROCTOR,          )
ET AL.                              )

O R D E R

Plaintiff has filed a Notice of Withdrawal Without Prejudice of Request of Temporary Restraining Order (Docket Entry No. 19). Plaintiff advises the Court that the parties are attempting to resolve the disputed issues by agreement and therefore withdraws without prejudice its request for a temporary restraining order. However, Plaintiff reserves its right to seek a hearing on its motion for a preliminary injunction if the disputed issues are not resolved. Accordingly, Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (Docket Entry No. 3) is hereby WITHDRAWN without prejudice to renewal at a later date.

It is so ORDERED.

ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE